UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 13-CR-2127-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| JACKIE LEE KINGCADE, | |
| Defendant. | |

Before the Court are the United States' Motion for Order of Dismissal Without Prejudice (ECF No. 40) and Motion to Expedite (ECF No. 41). The Court has reviewed the motions and the file and is fully informed. For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

Accordingly, IT IS HEREBY ORDERED:

1. The United States' Motion for Order of Dismissal Without Prejudice (ECF No. 40) is **GRANTED**.

2. The United States' Motion to Expedite (ECF No. 41) is **GRANTED.**

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

3. Defendant's Motion to Dismiss Case Due to Lack of Jurisdiction (ECF No. 30) is **DENIED AS MOOT.**

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** April 1, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 2